# EXHIBIT

# A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 9-08
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| One Court Street, Middletown 06457 | ( 860 ) 343-6400 | January 18, 2022 |

| ☒ Judicial District  ☐ G.A. Number: ☐ Housing Session | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Middletown | Case type code (See list on page 2) Major: V   Minor: 30 |
|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| The Scalora Law Group, P.C., 100 Riverview Center, Ste. 285, Middletown 06457 | 423156 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 344-9045 | |

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Wilson, Laura<br>Address: 220 Woodbury Circle, Middletown, CT 06457 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: National Railroad Passenger Corporation D/B/A Amtrak, C/O, Agent for Service, CT Corporation<br>Address: 1015 15th Street NW, Suite 1000, Washington, DC 20005 | D-50 |
| Additional Defendant | Name:<br>Address: | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Sebastian J. Scalora, Esq. | Date signed 12/17/2021 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY
ATTEST:

CHARLES J. LILLEY
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
|---|
| April Bynum, 9 Dolan Road, Seymour, CT 06483 |

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date 12/17/2021 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: JANUARY 18, 2022 | :  |
| | : |
| LAURA WILSON | : SUPERIOR COURT |
| | : |
| | : JD OF MIDDLESEX |
| | : AT MIDDLETOWN |
| | : |
| V. | : |
| | : |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION D/B/A AMTRAK | : DECEMBER 17, 2021 |

## COMPLAINT

### FIRST COUNT-NEGLIGENCE (as National Railroad Passenger Corporation D/B/A Amtrak):

1. The Plaintiff, Laura Wilson (hereinafter "Plaintiff"), at all times relevant hereto, was a resident of the Town of Middletown, and State of Connecticut.

2. On or about January 24, 2020, and at all times relevant hereto, National Railroad Passenger Corporation D/B/A Amtrak (hereinafter "Defendant"), was, and is, an entity transacting and conducting business in the State of Connecticut with a principal place of business address at 60 Massachusetts Avenue NE, Washington, DC.

3. At all times mentioned herein, Defendant, was, and is, a business entity which owned, controlled, possessed, managed and/or maintained a railroad tracks in the area of New Britain Avenue and Stamm Road, Newington, Connecticut.

4. On or about January 24, 2020, at approximately 11:20a.m., Plaintiff was a passenger on Defendant's Amtrak Train 470 that was traveling northbound on Track 1, in Newington, Connecticut.

5. At that same time and place, Defendant's agents and/or employees was operating Defendant's Amtrak Track Car AE32539, traveling southbound on Track 1 without authority, in Newington, Connecticut.

6. At that same time and place, Amtrak Train 470 approached Amtrak Track Car AE32539, unable able to stop, collided with the front end of Amtrak Track Car AE32539, causing Plaintiff the injuries and damages set forth herein.

7. The collision was caused by the negligent and careless acts and/or omissions of Defendant and/or its agents and/or employees in one or more of the following ways:

   a. IN THAT, they failed to obtain permission for Amtrak Car AE32539 to travel on Track 1 when they knew or should have known, that Amtrak Train 470 was also operating on Track 1 in a northerly direction;

   b. IN THAT, they failed to confirm that Amtrak Track Car AE32539 was on the proper track when they knew or should have known, that Amtrak Train 470 was on the same track thereby creating an unreasonably dangerous condition;

   c. IN THAT, they failed to communicate with Amtrak Track Car AE32539 to inform them that they were on the improper track in order to clear Track 1 for the approaching Amtrak Train 470;

   d. IN THAT, they failed to remedy or adequately remedy the otherwise dangerous condition existing on the railroad tracks;

   e. IN THAT, they failed to warn or adequately warn Plaintiff of the otherwise unreasonably dangerous condition existing on Tack 1;

   f. IN THAT, they failed to warn or adequately warn Plaintiff of the impending collision between Amtrak Track Car AE32539 and Amtrak Train 470;

      g.    IN THAT, they maintained Track 1 in the dangerous condition then and there existing;

      h.    IN THAT, they failed to ensure Track 1 was free of obstructions and otherwise safe and clear to travel;

      i.    IN THAT, they operated Amtrak Train 470 at a rate of speed too fast for the conditions existing on Track 1; and

      j.    IN THAT, they failed to exercise reasonable care in order to keep Track 1 in a reasonably safe condition for travel to protect passengers, such as Plaintiff.

8. As a result of the negligence and carelessness of Defendant and/or its agents and/or employees, Plaintiff suffered the following injuries, some or all of which may be permanent in nature:

      a.    Cervical spine sprain/strain;

      b.    Neck pain;

      c.    Left shoulder pain;

      d.    Left ankle contusion;

      e.    Left ankle pain;

      f.    Left knee pain;

      g.    Left hip pain; and

      h.    Physical pain and suffering.

9. As a further result of the negligence and carelessness of Defendant and/or its agents and/or employees, Plaintiff was forced to expend large sums of money for hospital and medical care, medicines, diagnostic tests and therapy, all necessary to her recovery and may be forced to expend additional sums in the future.

10. As a further result of the negligence and carelessness of Defendant and/or its agents and/or employees, Plaintiff was unable to participate in and enjoy her usual life activities.

>The Plaintiff,
>Laura Wilson
>
>By: _____
>Sebastian J. Scalora
>The Scalora Law Group, P.C.
>100 Riverview Center, Suite 285
>Middletown, CT 06457
>Telephone No. (860) 344-9045
>Facsimile No. (860) 344-8397
>Juris No. 423156

A TRUE COPY
ATTEST:
CHARLES J. LILLEY
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

| | |
|---|---|
| RETURN DATE: JANUARY 18, 2022 | : |
| | : |
| LAURA WILSON | : SUPERIOR COURT |
| | : |
| | : JD OF MIDDLESEX |
| | : AT MIDDLETOWN |
| | : |
| V. | : |
| | : |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION D/B/A AMTRAK | : DECEMBER 17, 2021 |

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff claims to the following:

1. Money Damages.

2. Cost of this action.

3. Such other relief as the Court deems appropriate.

                                                    The Plaintiff,
                                                    Laura Wilson

                                            By: _____
                                                    Sebastian J. Scalora
                                                    The Scalora Law Group, P.C.
                                                    100 Riverview Center, Suite 285
                                                    Middletown, CT 06457
                                                    Telephone No. (860) 344-9045
                                                    Facsimile No. (860) 344-8397
                                                    Juris No. 423156

A TRUE COPY
ATTEST:

_____
CHARLES J. LILLEY
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

| | |
|---|---|
| RETURN DATE: JANUARY 18, 2022 | : |
| | : |
| LAURA WILSON | : SUPERIOR COURT |
| | : |
| | : JD OF MIDDLESEX |
| | : AT MIDDLETOWN |
| | : |
| V. | : |
| | : |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION D/B/A AMTRAK | : DECEMBER 17, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

The Plaintiff,
Laura Wilson

By: _____
Sebastian J. Scalora
The Scalora Law Group, P.C.
100 Riverview Center, Suite 285
Middletown, CT 06457
Telephone No. (860) 344-9045
Facsimile No. (860) 344-8397
Juris No. 423156

A TRUE COPY
ATTEST:

_____
CHARLES J. LILLEY
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY
